# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA REXROAD,<br><br>　　Plaintiff(s),<br><br>v.<br><br>D. NEVIN, et al.,<br><br>　　Defendant(s). | Case No.: 2:17-cv-01629-JCM-NJK<br><br>**Order**<br><br>[Docket No. 35] |

On September 28, 2018, the Court provided Plaintiff with 90 days to effectuate service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Docket No. 16. Service has not been completed to date on Defendants Ronczka and Joseph. Pending before the Court is Plaintiff's motion to extend the deadline to effectuate service. Docket No. 35. No response has been filed in opposition. Pursuant to Rule 4(m), the Court hereby **EXTENDS** the deadline to effectuate service to May 24, 2019. Given the lengthy period provided to date to effectuate service, **the Court is not inclined to extend this deadline again.**

IT IS SO ORDERED.

Dated: March 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1