# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA REXROAD,<br>　　Plaintiff(s),<br>v.<br>D. NEVIN, et al.,<br>　　Defendant(s). | Case No.: 2:17-cv-01629-JCM-NJK<br><br>**ORDER** |

On June 21, 2019, the Court received mail returned as undeliverable to Plaintiff. Docket No. 43. The Court ordered Plaintiff to update his address. Docket No. 44. Plaintiff has now filed a notice indicating that his address has not changed and that the mail should not have been returned. Docket No. 45. Accordingly, the docket shall continue to reflect Plaintiff's address as currently stated and no further filing on this issue is required from Plaintiff at this time. The Clerk's Office is also **INSTRUCTED** to mail again to Plaintiff the order at Docket No. 41.

　　IT IS SO ORDERED.

　　Dated: July 15, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1